■ In the Matter of NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, Respondent. CONGREGATION GATES OF PRAYER OF FAR ROCKAWAY, INC., Appellant. [730 NYS2d 241] —In a proceeding pursuant to EDPL 402 to condemn real property, the appeal is from an order of the Supreme Court, Queens County (Thomas, J.), dated April 27, 2001 which, *inter alia*, granted the petition.

Ordered that the order is affirmed, with costs.

The Supreme Court properly granted the petition to condemn certain real property in Queens County (*see, Matter of Congregation Gates of Prayer v New York City School Constr. Auth.,* 286 AD2d 439 [decided herewith]). Altman, J. P., Florio, Schmidt and Cozier, JJ., concur.